# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUSTIN CLAY PANTZER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-407

[April 27, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432007CF001105A.

Justin Clay Pantzer, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***